WILLIAM H. COLLINS, Respondent, *v.* THE VICTORIA PAPER MILLS COMPANY, Appellant.

*Collins* v. *Victoria Paper Mills Co.*, 140 App. Div. 941, appeal dismissed. (Argued January 9, 1911; decided January 10, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1910, which affirmed an order of the court at a Trial Term setting aside a prior direction dismissing the complaint and granting a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

The motion was made upon the ground that permission to appeal had not been obtained.

*James H. Mosher* for motion.

*Jerome L. Cheney* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.